Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RALEIGH EVANS, and SEATTLE'S FINEST POLICE SECURITY & TRAFFIC CONTROL, LLC, a Washington Corp.

Plaintiffs,

v.

CITY OF SEATTLE, a municipal Corporation,

Defendant.

Case No.: 2:13-CV-01602 JCC

STIPULATION FOR DISMISSAL OF ACTION

NOTE ON MOTION CALENDAR:

November 18, 2014

TO: The Clerk of the Court

Plaintiffs Raleigh Evans and Seattle's Finest Police Security & Traffic Control, LLC, and defendant City of Seattle, being the only parties who have appeared in this action, stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-entitled action may be dismissed with prejudice and without costs to either party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

DATED: November 18, 2014

BEAN LAW GROUP
Denny Building, Suite 835
2200 Sixth Avenue
Seattle, WA 98121
(206) 522-0618

BEAN LAW GROUP

Matthew J. Bean, WSBA #23221
Attorneys for Plaintiffs
Seattle's Finest Police Security & Traffic Control, LLC; Raleigh Evans

PETER S. HOLMES
Seattle City Attorney

Gregory Narver, WSBA #18127
Attorney for Defendant
City of Seattle

BEAN LAW GROUP
Denny Building, Suite 835
2200 Sixth Avenue
Seattle, WA 98121
(206) 522-0618